**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd. Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEY SAROYA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>Defendant. | Case No. 5:20-cv-03196-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 13, 2020 INITIAL CASE MANAGEMENT CONFERENCE AND RESPONSE DEADLINE**<br><br>Hon. Edward J. Davila |

1  WHEREAS, Plaintiff Viney Saroya ("Plaintiff") filed the instant complaint on May 10, 2020;

3  WHEREAS, on May 12, 2020, the Court issued a scheduling order requiring that the Parties file a Joint Case Management Statement no later than August 3, 2020, and set an Initial Case Management Conference for August 13, 2020 (*See* ECF No. 9);

6  WHEREAS, Defendant University of the Pacific ("Defendant") was served on June 16, 2020;

8  WHEREAS, Defendant's response to the Complaint was due on or before July 7, 2020;

9  WHEREAS, on July 6, 2020, Plaintiff granted Defendant's initial request to extend the time to respond to the Complaint by twenty-one (21) days, to July 28, 2020, and agreed to a further extension after Defendant engaged outside counsel;

12  WHEREAS, due to complications stemming from the ongoing pandemic, Defendant has just retained counsel within the last week and requires additional time to investigate Plaintiff's allegations;

15  WHEREAS, the Parties have met and conferred and agreed, subject to the Court's approval, that it will be more productive to have the Initial Case Management Conference after Defendant has filed its response to the Complaint; and

18  WHEREAS, the Parties have agreed, subject to the Court's approval, to continue the August 13, 2020 Initial Case Management Conference until October 15, 2020 or such other date and time is more convenient for the Court.

21  NOW THEREFORE, the Parties hereby stipulate, subject to Court's approval, that: (1) Defendant will answer or otherwise respond to the Complaint on or before September 9, 2020; and (2) the August 13, 2020, Initial Case Management Conference be continued to October 15, 2020 at 10:00 a.m. or such other date and time is more convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: July 28, 2020 | **BURSOR & FISHER, P.A.** |
| 2 | | By:  */s/ L. Timothy Fisher* |
| 3 | | L. Timothy Fisher |
| 4 | | *Attorneys for Plaintiff* |
| 5 | | |
| 6 | Dated: July 28, 2020 | **HOLLAND & KNIGHT LLP** |
| 7 | | By:  */s/ Vito Costanzo* |
| | | Vito Costanzo |
| 8 | | *Attorneys for Defendant* |

## **ATTESTATION**

I, L. Timothy Fisher, attest and declare, pursuant to L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the other Signatories.

*/s/ L. Timothy Fisher*

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' Stipulation Continuing August 13, 2020 Initial Case Management Conference and Response Deadline, and good cause appearing, the stipulation is GRANTED as follows:

1. Defendant University of the Pacific will answer or otherwise respond to the Complaint on or before September 9, 2020.

2. The Initial Case Management Conference scheduled for August 13, 2020 is continued to October 15, 2020 at 10:00 a.m.  The Parties shall file their Joint Case Management Conference Statement on or before October 5, 2020.

**IT IS SO ORDERED.**

Dated: July 29, 2020

EDWARD J. DAVILA
United States District Judge