HOLLAND & KNIGHT LLP
Vito A. Costanzo, SBN 132754
Kristina S. Azlin, SBN 235238
Stacey H. Wang, SBN 245195
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
Email:  vito.costanzo@hklaw.com
         kristina.azlin@hklaw.com
         stacey.wang@hklaw.com

Attorneys for Defendant
University of the Pacific

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINEY SAROYA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>Defendant. | Case No.: 5:20-cv-03196-EJD<br><br>[*Assigned to the Hon. Edward J. Davila, United States District Judge*]<br><br>**DEFENDANT UNIVERSITY OF THE PACIFIC'S OBJECTION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date: November 19, 2020<br>Time: 9:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Edward J. Davila<br><br>Action Filed:  May 10, 2020<br>Trial Date:    TBD |

Defendant University of the Pacific ("Pacific") hereby objects to Plaintiff's November 5, 2020 Notice of Supplemental Authority (Dkt. 40), which attaches an order from the Southern District of Florida issued October 31, 2020, *Rosado v. Barry Univ., Inc.*, Case No. 20-CV-21813-JEM (S.D. Fla. Oct. 31, 2020). As an initial matter, Plaintiff's argument in its notice is improper under Local Rule 7-3(d)(2).

Moreover, not only is the case not binding authority, the decision does not even directly address the issues and arguments raised by Pacific in the current Motion to Dismiss pending before this Court. In particular, *Rosado* does not involve application of California law under *Kashmiri v. Regents of Univ. of Cal.*, 156 Cal. App. 4th 809 (2007), nor does it involve a financial agreement specifically governing a student's tuition payment obligations. In view of at least these distinctions, *Rosado* is not relevant. *See, e.g., id*. (addressing that, *inter alia*, a refund policy may have allocated the risk of campus closures, but "[t]hese matters have not been adequately briefed by the parties").

DATED: November 12, 2020

Respectfully submitted,

HOLLAND & KNIGHT LLP

By */s/ Vito A. Costanzo*
    Vito A. Costanzo
    Kristina S. Azlin
    Stacey H. Wang

    Attorneys for Defendant,
    University of the Pacific

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450