UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN RANDALL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF THE PACIFIC,<br><br>    Defendant. | Case No. 5:20-cv-03196-EJD<br><br>**JUDGMENT**<br>Re: Dkt. No. 88 |

On May 28, 2022, the Court granted Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 28, 2022

                                                     _____
EDWARD J. DAVILA
United States District Judge